```
U.S. DISTRICT COURT                                            N
SOUTHERN DISTRICT OF NEW YORK              Index # 07 CIV 6155
```

Plaintiff(s)
DEMOS DEMOPOULOS, LAWRENCE SCUDER, ET AL.,

Jeffrey S. Dubin
464 New York Ave. #100
Huntington, NY 11743

- against -     AFFIDAVIT

Defendant(s)
MYSTIC TANK LINES CORP.

Court Date:
Your File No:
Our Rec. No: 263347

STATE OF NEW YORK: COUNTY OF NASSAU: ss:

Kevin T. Mulhern LIC#749086, being duly sworn deposes and says deponent is not a party to this action and is over the age of eighteen and resides in the State of New York.

That on 07/20/07 at 11:39AM at:

   1901 STEINWAY STREET
   ASTORIA, NY  11105

deponent served the within SUMMONS, COMPLAINT, JUDGE'S INDIVIDUAL RULES & INSTRUCTIONS**
on MYSTIC TANK LINES CORP. recipient therein named.

By delivering to and leaving with RICHARD SHARMAN
at 1901 STEINWAY ST, ASTORIA NY ****
and that he knew the person so served to be the AUTHORIZED PARTY
of the corporation.

A description of the recipient or other person served on behalf of the recipient is as follows:

Approximate Age: 50      Approximate Weight: 170      Approximate Height: 5'10
Color of Skin: WHITE     Color of Hair: GREY          Sex: MALE
***11105***
*****PROCEDURES AND GUIDELINES FOR FILING AN ELECTRONIC CASE******

Deponent asked the person spoken to whether the defendant was presently in the military service of the United States Government or on active duty in the military service in the State of New York and was informed he was not. Your deponent further says that he knew the person so served to be the person mentioned and described in said legal papers as defendant/respondent therein. Your deponent is over the age of 18 years and is not a party to this action.

Sworn to before me this date 07/26/07
Bruce J Smilowitz #01SM4965926
Notary Public, State of New York
Nassau County, Commission Expires 04/30/2010

Kevin T. Mulhern LIC#749086