Ronald B. Goodman (RG6601)
Philip T. Simpson (PS9707)
ROBINSON BROG LEINWAND GREENE
 GENOVESE & GLUCK P.C.
Attorneys for Defendants
1345 Avenue of the Americas
New York, New York 10105-0143
(212) 603-6300

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
Demos Demopoulos, Lawrence Scuder,          :
Steven Goldman, Michael N. Romita and       :
John Jack Dresch: as TRUSTEES of the        :       Civil Action No.
LOCAL 553 BENEFITS FUND; and as             :       07cv6155(NRB/HP)
TRUSTEES of the LOCAL 553 PENSION           :       ECF Case
FUND; and as TRUSTEES of the LOCAL          :
553 DEFERRED COMPENSATION FUND,             :
                                            :       NOTICE OF APPEARANCE
                      Plaintiffs,           :
          -against-                         :
                                            :
MYSTIC TANK LINES CORP.,                    :
                                            :
                      Defendant.            :
------------------------------------------------------------x

    PLEASE TAKE NOTICE that the defendant hereby appears in this action by its attorneys

Robinson Brog Leinwand Greene Genovese & Gluck P.C., and demands that notice of all

hearings, applications, and other proceedings, and all papers herein, be served upon said

attorneys.

Dated: New York, New York
       August 10, 2007
                                            ROBINSON BROG LEINWAND GREENE
                                              GENOVESE & GLUCK P.C.

                                            by: /s/ Philip T. Simpson
                                                Philip T. Simpson (PS9707)
                                            Attorneys for Defendant
                                            1345 Avenue of the Americas
                                            New York, New York 10105
                                            212.603.6300

To:  JEFFREY S. DUBIN, Esq.
     Attorney for Plaintiffs
     464 New York Avenue
     Suite 100
     Huntington, New York 11743
     631.351.0300