Ronald B. Goodman (RG6601)
Philip T. Simpson (PS9707)
ROBINSON BROG LEINWAND GREENE
 GENOVESE & GLUCK P.C.
Attorneys for Defendants
1345 Avenue of the Americas
New York, New York 10105-0143
(212) 603-6300

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
Demos Demopoulos, Lawrence Scuder, :
Steven Goldman, Michael N. Romita and :
John Jack Dresch: as TRUSTEES of the : Civil Action No.
LOCAL 553 BENEFITS FUND; and as : 07cv6155(NRB/HP)
TRUSTEES of the LOCAL 553 PENSION : ECF Case
FUND; and as TRUSTEES of the LOCAL :
553 DEFERRED COMPENSATION FUND, :
: NOTICE OF APPEARANCE
Plaintiffs, :
        -against- :
:
MYSTIC TANK LINES CORP., :
:
Defendant. :
-----------------------------------------------------------------x

PLEASE TAKE NOTICE that the defendant hereby appears in this action by its attorneys Robinson Brog Leinwand Greene Genovese & Gluck P.C., and demands that notice of all hearings, applications, and other proceedings, and all papers herein, be served upon said attorneys.

Dated: New York, New York
       August 13, 2007

                                ROBINSON BROG LEINWAND GREENE
                                  GENOVESE & GLUCK P.C.

                                by: _____
                                    Ronald B. Goodman (RG6601)
                                Attorneys for Defendant
                                1345 Avenue of the Americas
                                New York, New York 10105
                                212.603.6300

{00350678.DOC;1}

To:	JEFFREY S. DUBIN, Esq.
	Attorney for Plaintiffs
	464 New York Avenue
	Suite 100
	Huntington, New York 11743
	631.351.0300

{00350678.DOC;1}