Ronald B. Goodman (RG6601)
Philip T. Simpson (PS9707)
ROBINSON BROG LEINWAND GREENE
 GENOVESE & GLUCK P.C.
Attorneys for Defendant
1345 Avenue of the Americas
New York, New York 10105-0143
(212) 603-6300

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

Demos Demopoulos, Lawrence Souder,            :
Steven Goldman, Michael N. Romita and          :
John Jack Dreach: as TRUSTEES of the          :        Civil Action No.
LOCAL 553 BENEFITS FUND; and as               :        07cv6155(NRB/HP)
TRUSTEES of the LOCAL 553 PENSION             :        ECF Case
FUND; and as TRUSTEES of the LOCAL            :
553 DEFERRED COMPENSATION FUND,                :
                                               :
                            Plaintiffs,        :        STIPULATION EXTENDING
              -against-                         :        TIME TO ANSWER
                                               :
MYSTIC TANK LINES CORP.,                       :
                                               :
                            Defendant.         :

------------------------------------------------------------x

It is hereby stipulated and agreed that the time within which defendant Mystic Tank Lines

Corp. may answer or otherwise respond to the complaint in this action is extended to the 31st day

of August, 2007.

Dated: New York, New York
         August 10, 2007

_____          ROBINSON BROG LEINWAND GREENE
                                     GENOVESE & GLUCK P.C.

                                   by: _____
JEFFREY S. DUBIN, ESQ. (JD0446)         Philip T. Simpson (PS 9707)
Attorney for Plaintiffs            Attorneys for Defendant
464 New York Avenue, Suite 100     1345 Avenue of the Americas
Huntington, New York 11743         New York, New York 10105
(631) 351-0300                     (212) 603-6300

{00150606.DOC:1}

                                   SO ORDERED:

                                   _____
                                   U.S.D.J.   8/21/07